IN THE UNITED BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09 B 27954 |
| | ) | |
| JASON J. HENDRON | ) | CHAPTER 7 |
| | ) | |
| Debtor (s). | ) | JUDGE: BRUCE W. BLACK |

## ORDER REOPENING CASE

**THIS MATTER COMING** before the court on Trustee, **BRADLEY J. WALLER'S** motion to reopen this case on the grounds as more fully set forth in said motion and the court reviewing said motion and due notice being given to Debtors, Debtors' Attorney and the court being fully advised in the premises

### IT IS ORDERED

Trustee, **BRADLEY J. WALLER'S** motion to reopen the case is granted.

The reopening fee ~~is waived.~~ to be paid at FINAL REPORT

DATED: 1/15/10      ENTER: _Jacqueline P. Cox_
                              JUDGE ~~BRUCE W. BLACK~~

Prepared by:
**BRADLEY J. WALLER**
Klein, Stoddard, Buck, Waller & Lewis, LLC
2045 Aberdeen Court
Sycamore, IL 60178
(815) 748-0380