# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: HENDRON, JASON J. | § Case No. 09-27954 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/20/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/28/2010       By:  /s/BRADLEY J. WALLER_____
                                   Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HENDRON, JASON J. § Case No. 09-27954
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 30,005.56 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 30,005.56 |

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 3,750.56 | $ 150.00 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 260.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____  $_____  $_____
*Attorney for* _____  $_____  $_____
*Accountant for* _____  $_____  $_____
*Appraiser for* _____  $_____  $_____
*Other* _____  $_____  $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,819.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 78.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Discover Bank | $ 8,946.34 | $ 7,045.22 |
| 2 | Chase Bank USA, N.A. | $ 9,810.22 | $ 7,725.52 |
| 3 | American Marketing and Publishing LLC | $ 814.41 | $ 641.35 |
| 4 | PYOD LLC assignee of Citibank | $ 2,652.86 | $ 2,089.12 |
| 5 | GE Money Bank dba SAM'S CLUB | $ 1,023.97 | $ 806.37 |
| 6 | GE Money Bank dba LOWES CONSUMER | $ 794.00 | $ 625.27 |
| 7 | Fia Card Services, NA/Bank of America | $ 8,777.36 | $ 6,912.15 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim    Proposed Payment*
                              N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim    Proposed Payment*
                              N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BRADLEY J. WALLER
             Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: sdaniel           Page 1 of 1           Date Rcvd: Aug 03, 2009
Case: 09-27954                Form ID: b9a            Total Noticed: 22

The following entities were noticed by first class mail on Aug 05, 2009.
db          +Jason J. Hendron,    31021 S. Riley Road,    Wilmington, IL 60481-8877
aty         +Kelly Smith,    Law Offices of Stuart B. Handelman, P.C.,     200 S. Michigan Avenue,    Suite 1215,
              Chicago, IL 60604-2431
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,     2045 Aberdeen Court,
              Sycamore, IL 60178-3140
14255436     Advanta Bank Corp.,     P.O. Box 8088,    Philadelphia, PA 19101-8088
14255437    +American Marketing and Publishing LLC,     P.O. Box 982,    Dekalb, IL 60115-0982
14255444    +Bank of America,    c/o Frederick J. Hanna & Assoc.,     1427 Rosewell Road,
              Marietta, GA 30062-3668
14255441    +Dan Hendron,    31021 S. Riley,    Wilmington, IL 60481-8877
14255442     Dex,    8519 Innovation Way,    Chicago, IL 60682-0085
14255445     Harris N.A.,    P.O. Box 6201,    Carol Stream, IL 60197-6201
14255446    +Hendron Construction Inc.,    31021 S. Riley,     Wilmington, IL 60481-8877
14255447     Home Depot Credit Services,     P.O. Box 6925,    The Lakes, NV 88901-6925
14255450    +Medical Billing Management,     2260 E. University Drive,    Mesa, AZ 85213-8336
14255453    +Smith Koelling Dykstra and Ohm PC,    1605 N. Convent,     Bourbonnais, IL 60914-1092
14255454     The Home Depot CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497

The following entities were noticed by electronic transmission on Aug 04, 2009.
14255436     E-mail/Text: DL_EBN@advanta.com                           Advanta Bank Corp.,    P.O. Box 8088,
              Philadelphia, PA 19101-8088
14255439     EDI: BANKAMER.COM Aug 03 2009 21:53:00     Bank of America,    P.O. Box 15019,
              Wilmington, DE 19886-5019
14255438     EDI: BANKAMER.COM Aug 03 2009 21:53:00     Bank of America,    Business Card,    P.O. Box 15710,
              Wilmington, DE 19886-5710
14255440     EDI: CHASE.COM Aug 03 2009 21:58:00     Chase,    PO Box 15153,    Wilmington, DE 19886-5153
14255443     EDI: DISCOVER.COM Aug 03 2009 21:53:00     Discover,    P.O. Box 6103,
              Carol Stream, IL 60197-6103
14255448     EDI: HFC.COM Aug 03 2009 21:53:00     HSBC Card Services,    P.O. Box 37281,
              Baltimore, MD 21297-3281
14255449     EDI: RMSC.COM Aug 03 2009 21:53:00     Lowes,    P.O. Box 530914,    Atlanta, GA 30353-0914
14255451     EDI: HFC.COM Aug 03 2009 21:53:00     Menards,    Retail Services,    P.O. Box 17602,
              Baltimore, MD 21297-1602
14255452    +EDI: RMSC.COM Aug 03 2009 21:53:00     Sams Club,    P.O. Box 530942,    Atlanta, GA 30353-0942
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2009          Signature:  *Joseph Speetjens* (signed)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: bchavez                Page 1 of 1                   Date Rcvd: Jul 29, 2010
Case: 09-27954                 Form ID: pdf006              Total Noticed: 28
```

The following entities were noticed by first class mail on Jul 31, 2010.
```
db          +Jason J. Hendron,    31021 S. Riley Road,    Wilmington, IL 60481-8877
aty         +Kelly Smith,    Law Offices of Stuart B. Handelman, P.C.,     200 S. Michigan Avenue,    Suite 1215,
              Chicago, IL 60604-2431
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
14255436   ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
              (address filed with court: Advanta Bank Corp.,      P.O. Box 8088,   Philadelphia, PA 19101-8088)
14255437    +American Marketing and Publishing LLC,    PO Box 801,    Dekalb IL 60115-0801
14255439     Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
14255438     Bank of America,    Business Card,    P.O. Box 15710,    Wilmington, DE 19886-5710
14255444    +Bank of America,    c/o Frederick J. Hanna & Assoc.,    1427 Rosewell Road,
              Marietta, GA 30062-3668
14255440     Chase,   PO Box 15153,    Wilmington, DE 19886-5153
15211003     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14255441    +Dan Hendron,    31021 S. Riley,    Wilmington, IL 60481-8877
14255448     HSBC Card Services,    P.O. Box 37281,    Baltimore, MD 21297-3281
14255445     Harris N.A.,    P.O. Box 6201,    Carol Stream, IL 60197-6201
14255446    +Hendron Construction Inc.,    31021 S. Riley,    Wilmington, IL 60481-8877
14255447     Home Depot Credit Services,    P.O. Box 6925,    The Lakes, NV 88901-6925
14255450    +Medical Billing Management,    2260 E. University Drive,    Mesa, AZ 85213-8336
14255451     Menards,   Retail Services,    P.O. Box 17602,    Baltimore, MD 21297-1602
15237809    +PYOD LLC its successors and assigns as assignee of,     Citibank,   c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
14255453    +Smith Koelling Dykstra and Ohm PC,    1605 N. Convent,    Bourbonnais, IL 60914-1092
14255454     The Home Depot CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
```
The following entities were noticed by electronic transmission on Jul 29, 2010.
```
14255442     E-mail/Text: CustomerNoticesEast@dexknows.com                           Dex,   8519 Innovation Way,
              Chicago, IL 60682-0085
14255443     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 30 2010 01:32:24      Discover,   P.O. Box 6103,
              Carol Stream, IL 60197-6103
15155172     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 30 2010 01:32:24      Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
15581409     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2010 01:32:21
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK 73124-8809
15484958    +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2010 01:34:54      GE Money Bank dba LOWES CONSUMER,
              Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15484957    +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2010 01:34:55      GE Money Bank dba SAM'S CLUB,
              Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14255449     E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2010 01:34:54      Lowes,   P.O. Box 530914,
              Atlanta, GA 30353-0914
14255452    +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2010 01:34:54      Sams Club,   P.O. Box 530942,
              Atlanta, GA 30353-0942
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2010**                         **Signature:** _Joseph Speetjens_